

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00601-CV

**IN THE INTEREST OF F.V.R.**, a Child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02330
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on October 17, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court